**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Mark Richards (SBN 321252)
*mrichards@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*[Additional counsel on signature page]*

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ROUILLARD and KRISTY MUNDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAG-AFTRA HEALTH PLAN,<br><br>Defendant. | Case No. 2:24-CV-10503-MEMF-JPR<br><br>Assigned for All Purposes to:<br>Courtroom 8B; Hon. Maame Ewusi-Mensah Frimpong<br><br>**PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL**<br><br><u>Hearing Information:</u><br>Date: February 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>Complaint Filed: December 5, 2024 |

| | |
|---|---|
| LEE WILKOF, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SAG-AFTRA HEALTH PLAN,<br><br>        Defendant. | Case No. 2:24-CV-10626-WLH-PD<br><br>Assigned for All Purposes to:<br>Courtroom 9B; Hon. Wesley L. Hsu<br><br>Complaint Filed: December 10, 2024 |
| STEVEN BARR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SAG-AFTRA HEALTH PLAN,<br><br>        Defendant. | Case No. 2:24-CV-10462-SVW-BFM<br><br>Assigned for All Purposes to:<br>Courtroom 10A; Hon. Stephen V. Wilson<br><br>Complaint Filed: December 10, 2024 |
| MASSIMILIANO FURLAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SAG-AFTRA HEALTH PLAN,<br><br>        Defendant. | Case No. 2-24-CV-10791-MRA-JC<br><br>Assigned for All Purposes to:<br>Courtroom 10B; Hon. Mónica Ramírez Almadani<br><br>Complaint Filed: December 13, 2024 |

PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL

:

**PLEASE TAKE NOTICE** that the Plaintiffs in four related cases ("**Plaintiffs**") *Rouillard, et al. v. SAG-AFTRA Health Plan*, Case No. 2:24-cv-10503-MEMF-JPR ("***Rouillard***"); *Wilkof v. SAG-AFTRA Health Plan*, Case No. 2:24-cv-10626-WLH-PD (*"**Wilkof**"*); *Barr v. SAG-AFTRA Health Plan*, Case No. 2:24-cv-10642-SVW-BFM ("***Barr***"); and *Furlan v. SAG-AFTRA Health Plan*, Case No. 2:24-cv-10791-MRA-JC (*"**Furlan**"*) (collectively the "**Related Cases**"), will and hereby do move this Court for an Order consolidating the Related Cases and appointing Interim Co-Lead Counsel and Interim Executive Committee Chair (collectively "**Proposed Interim Class Counsel**") to oversee the consolidated action pursuant to Fed. R. Civ. P. 23(g) and 42(a). This Motion will be heard on **February 13, 2025, at 10:00 a.m.,** in the courtroom of the Honorable Maame Ewusi-Mensah Frimpong, located at the United States Courthouse, 350 West First Street, Los Angeles, CA, 90012, Courtroom 8B, 8th Floor.

The Related Cases involve common issues of law and fact. All four Related Cases assert similar claims arising from a Data Breach (the "**Data Breach**"), which lead to disclosure of Plaintiffs' and the class's sensitive personal information in September of 2024. Plaintiffs in the Related Cases have filed similar Class Action Complaints against the Defendant relating to the data breach and seek similar relief. Accordingly, these four Related Cases should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

Under Fed. R. Civ. P. 23(g)(3), "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." In so appointing, the Court may consider factors relating to the prospective counsel's reputation and skills. *See* Fed. R. Civ. P. 23(g)(1). Here, pursuant to FRCP Rule 23(g), the undersigned attorneys for the Plaintiffs putative class actions respectfully jointly request that the Court appoint Proposed Interim Co-Lead Counsel John J. Nelson, of Milberg Coleman Bryson Phillips Grossman PLLC, Gregory Haroutunian, of Clayeo C. Arnold, A Professional Corporation, and Yana Hart of Clarkson Law Firm, P.C.; and Executive Committee Chair, James F. Clapp of Clapp & Lauinger,

PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL

1  LLP. This Motion is based upon the memorandum of points and authorities filed herewith, the
2  declarations of counsel in support of the Motion and any other such evidence and argument that
3  may be presented to the Court prior to its ruling on the Motion.
4      Plaintiffs' counsel conferred with Defendant's counsel pursuant to Local Rule 7-3. *See*
5  Haroutunian Decl. ¶ 7.

Respectfully submitted,

Dated: January 2, 2025            **CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*
    Ryan J. Clarkson (SBN 257074)
    Yana Hart (SBN 306499)
    Mark Richards (SBN 321252)
    Tiara Avaness (SBN 343928)
    22525 Pacific Coast Highway
    Malibu, CA 90265
    Tel: (213) 788-4050

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (747) 777-7748
Fax: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

**MILBERG COLEMAN BRYSON PHILLPS GROSSMAN, PLLC**
John J. Nelson
280 S. Beverly Drive
Beverly Hills, CA 92102
Telephone: (858) 209-6941
jnelson@milberg.com

|   |   |
|---|---|
| 1 | **CLAPP & LAUINGER, LLP** |
| 2 | James F. Clapp |
|   | 701 Palomar Airport Rd., Ste. 300 |
| 3 | Carlsbad, CA 92011 |
|   | Telephone: (760) 209-6565 |
| 4 | jclapp@clapplegal.com |
| 5 | *Attorneys for Plaintiffs and the* |
|   | *Proposed Class* |

PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL