1  Gregory Haroutunian (SBN 330263)
2  **CLAYEO C. ARNOLD**
   **A PROFESSIONAL CORPORATION**
3  12100 Wilshire Boulevard, Suite 800
   Los Angeles, CA 90025
4  Telephone: (747) 777-7748
   Facsimile: (916) 924-1829
5  gharoutunian@justice4you.com

6
7  *[Additional counsel on signature page]*

8  *Attorneys for Plaintiffs and the Proposed Class*

9
10
11                    **UNITED STATES DISTRICT COURT**
12                 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

14  In re SAG-AFTRA HEALTH DATA BREACH       Case No. 2:24-CV-10503-MEMF-JPR
    LITIGATION                               CONSOLIDATED ACTION
15

16     This Document Relates to: All Actions    **NOTICE OF SETTLEMENT**
17
18

19
         Plaintiffs Matthew Rouillard, Kristy Munden, Lee Wilkof, Steven Barr, and
20
   Massimiliano Furlan ("Plaintiffs") and Defendant SAG-AFTRA Health Plan ("Defendant,"
21
   together with Plaintiffs, the "Parties"), by and through their respective undersigned attorneys,
22
   respectfully notify this Court that Parties have reached a settlement of this dispute, in principle.
23
         Based on the timing of the settlement, Plaintiffs intend to file a Motion for Preliminary
24
25 Approval of Class Action Settlement together with a finalized Settlement Agreement by

26 September 12, 2025.

27
28
                                              - 1 -
                                      NOTICE OF SETTLEMENT

Based on the foregoing, the Parties request that the Court stay all deadlines related to this action pending approval of the settlement and any other existing deadlines pending dismissal.

DATED: August 12, 2025

By: */s/ Gregory Haroutunian*
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (747) 777-7748
*gharoutunian@justice4you.com*

Yana Hart (SBN 306499)
**CLARKSON LAW FIRM**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
*yhart@clarksonlawfirm.com*

John J. Nelson (SBN 317598)
**MILBERG COLEMAN**
**BRYSON PHILLPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 92102
Telephone: (858) 209-6941
*jnelson@milberg.com*

*Interim Co-Lead Class Counsel*

DATED: August 12, 2025

By: */s/ Sean P. Killeen*
Raymond O. Aghaian (SBN 218924)
Sean P. Killeen (SBN 320644)
Casie D. Collignon (Pro Hac Vice pending)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Tel: (310) 820-8800
*raghaian@bakerlaw.com*
*skilleen@bakerlaw.com*
*ccollignon@bakerlaw.com*

*Attorneys for Defendant*
*SAG-AFTRA Health Plan*

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Defendant to file the above-referenced document, and the above signatory concurs in the filing's content.

DATED: August 12, 2025

                                                  */s/ Gregory Haroutunian*
                                                  Gregory Haroutunian