JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SAG Health Data Breach Litigation | Case No.:  2:24-CV-10503-MEMF-JPR<br><br>CONSOLIDATED ACTION<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FOR PRELIMINARY APPROVAL [DKT. NO. 30]** |

On September 10, 2025, the parties filed a Joint Stipulation to Extend Deadline to File for Preliminary Approval of Class Action Settlement. The parties request that Plaintiffs' deadline to file their Preliminary Approval Motion is continued from September 12, 2025, to October 10, 2025.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs' deadline to file their Preliminary Approval Motion is continued from September 12, 2025, to October 10, 2025;
2. The instant action is STAYED and administratively closed until October 10, 2025. On or before October 10, 2025, either (1) Plaintiffs shall file their Preliminary Approval Motion, (2) the parties shall file a request for additional time, or (3) the parties shall file a motion to reopen if settlement has not been consummated. Upon the failure to timely and adequately comply with this Order, this action shall be deemed dismissed as of October 11, 2025.

IT IS SO ORDERED.

Dated: September 15, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge