**CLARKSON LAW FIRM, P.C.**
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Mark Richards (SBN 321252)
*mrichards@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*[Additional counsel on signature page]*

*Interim Co-Lead Counsel
for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SAG Health Data Breach Litigation<br><br>This Document Relates to: All Actions | Case No. 2:24-CV-10503-MEMF-JPR<br><br>CONSOLIDATED ACTION<br><br>Assigned to: Hon. Maame Ewusi-Mensah Frimpong<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Hearing Information**<br>Date: January 8, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 8B<br>Hon. Maame Ewusi-Mensah Frimpong |

1
NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 8, 2026 at 10:00 a.m., or as soon thereafter as the parties may be heard by the Honorable Maame Ewusi-Mensah Frimpong, Courtroom 8B, located at the United States Courthouse, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012, Plaintiffs Matthew Rouillard, Kristy Munden, Lee Wilkof, Steven Barr, and Massimiliano Furlan ("Plaintiffs") will, and hereby do move the Court for an Order in accordance with Federal Rule of Civil Procedure 23.

Specifically, Plaintiffs request in such order the Court do the following:

1. Conditionally certifying the proposed Class for the purpose of Settlement;
2. Conditionally appointing Plaintiffs as Class Representatives;
3. Appointing Gregory Haroutunian of Emery Reddy, P.C., John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC, and Yana Hart of Clarkson Law Firm, P.C. as Settlement Class Counsel;
4. Approving the form and substance of the notice program;
5. Preliminarily approving the Settlement as within range of possible final approval; and
6. Appointing Kroll Settlement Administration, LLC as the settlement administrator and direct it to conduct the notice program.

Plaintiffs' counsel conferred with Defendant's counsel pursuant to Local Rule 7-3. Defendant does not oppose this motion. *See* Counsel Decl. ¶ 43.

Dated: November 14, 2025

By: */s/ Yana Hart*
Yana Hart (SBN 306499)
Mark I. Richards (321252)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
yhart@clarksonlawfirm.com
mrichards@clarksonlawfirm.com

|   |   |
|---|---|
| 1 | Gregory Haroutunian (SBN 330263) |
| 2 | **EMERY REDDY, PC** |
|   | 600 Stewart Street, Suite 1100 |
| 3 | Seattle, WA 98101 |
| 4 | Tel: (916) 995-5968 |
|   | *gregory@emeryreddy.com* |
| 5 |   |
| 6 | John J. Nelson (SBN 317598) |
|   | **MILBERG COLEMAN** |
| 7 | **BRYSON PHILLPS** |
|   | **GROSSMAN, PLLC** |
| 8 | 280 S. Beverly Drive |
| 9 | Beverly Hills, CA 92102 |
|   | Tel: (858) 209-6941 |
| 10 | *jnelson@milberg.com* |
| 11 |   |
| 12 | *Interim Co-Lead Counsel* |
|   | *for Plaintiffs and the Proposed Class* |

3
NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT