UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10503-MEMF-JPRx | Date | January 8, 2026 |
| Title | Matthew Rouillard et al v. SAG-AFTRA Health Plan | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Yana Hart | Sean P. Killeen (video) |
| Gregory Haroutunian (video) | |

**Proceedings: PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL [40]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. The Court holds the Motion in abeyance pending the filing of updated documents per the Court's instructions.

**IT IS SO ORDERED.**